IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KURTIS TODD WIEMERS,<br><br>             Plaintiff,<br><br>      vs.<br><br>CAROLYN W. COLVIN, Commissioner of the Social Security Administration;<br><br>             Defendant. | 8:16CV413<br><br>ORDER |

     This matter was filed by the plaintiff on August 30, 2016. (Filing No. 1). Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. To date, Plaintiff has not requested or served summons on the defendants. There has been no indication of service of the defendants and defendants have not voluntarily appeared.

     Accordingly,

     IT IS ORDERED that plaintiff shall have until February 21, 2017 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

     Dated this 20th day of January, 2017.

                                                       BY THE COURT:

                                                       *s/ Cheryl R. Zwart*
                                                       United States Magistrate Judge