IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KURTIS TODD WIEMERS,<br><br>     Plaintiff,<br><br> vs.<br><br>CAROLYN W. COLVIN, Commissioner<br>of the Social Security Administration;<br><br>     Defendant. | **8:16CV413**<br><br><br>**ORDER** |

On August 30, 2016, Plaintiff Kurtis T. Wiemers ("Wiemers") filed a request for review and set aside of the Commissioner's decision denying Wiemers disability benefits under the Society Security Act. (Filing No. 1). Wiemers request named then Acting Commissioner of the Social Security Administration Carolyn W. Colvin as defendant. Id. Subsequent to Wiemers request, Nancy A. Berryhill was named Acting Commissioner of the Social Security Administration. (Filing No. 33 at CM/ECF p. 1).

Accordingly, IT IS ORDERED:

Pursuant to Fed. R. Civ. P. 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin as defendant in this suit.

Dated this 20th day of November, 2017.

            BY THE COURT:

            *s/ Cheryl R. Zwart*
            United States Magistrate Judge